# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D24-753
Lower Tribunal No. 24-DP-48

_____

IN RE: JANE DOE,

Appellant.

_____

Appeal from the Circuit Court for Collier County.
Erik Leontiev, Judge.

April 11, 2024

PER CURIAM.

AFFIRMED.

WHITE, MIZE and BROWNLEE, JJ., concur.


Beverly L. Brennan, of McLaughlin & Stern, PLLC, Naples, for Appellant.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED